1 WILLIAM M. KUNTZ  # 153052
Attorney at Law
2 4780 Arlington Avenue
Riverside, CA 92504
3 (951) 343-3400
Fax (951) 343-4004
4 E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| RINA MUSHARBASH, | CASE NO.: EDCV16-02387-MRW |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND SEVEN HUNDRED FIVE DOLLARS and 19/cents ($2,705.19), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: January 11, 2018

_____
HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1